# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: January 7, 2015 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: Gary Kruck | |

**CASE NO.   14-cr-00325-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Geoffrey Rieman |
| Plaintiff, | |
| v. | |
| 1.   DAVID SALAS-MERAS, | Brian Leedy |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:       10:30 a.m.**
Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on October 20, 2014, to Count 1 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

Argument given and discussion held regarding Defendant's Motion for a Variant Sentence of Time Served (Doc. 21, filed 12/23/14).

Defendant addresses the Court regarding sentencing.

**ORDERED:**   Defendant's Motion for a Variant Sentence of Time Served (Doc. 21, filed 12/23/14) is GRANTED as stated on the record.

Statement by the Court regarding Defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, David Salas-Meras, is hereby sentenced to a term of **TIME SERVED.**

**ORDERED:** Defendant shall be placed on **supervised release** for a period of three (3) years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 24 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the defendant is likely to be deported.

**ORDERED: Special Conditions** of Supervised Release that:
- (**X**) If defendant is deported, voluntarily removed, or otherwise returned to Mexico, upon service of sentence, he shall not re-enter the United States illegally.   If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED: No fine** is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**    **11:15 a.m.**
Hearing concluded.
Total time:    00:45